UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SILVERIA, et al., <br> Plaintiffs, <br> v. <br> ROBERT WILKIE, et al., <br> Defendants. | Case No. 18-cv-07327-EMC <br><br> **ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO PROSECUTE** <br><br> Docket No. 84 |

On October 29, 2019, Defendants moved to dismiss Mr. Silveria's Third Amended Complaint. Docket No. 84. Pursuant to Local Rule 7-3(a), his opposition was due on November 12, 2019. Mr. Silveria made no such filing, as Defendant's reply brief so indicates.

Accordingly, the Court orders Mr. Silveria to show cause as to why this case should not be dismissed for failure to prosecute. In his response, Mr. Silveria must explain why he failed to file an opposition. Moreover, his response to this order must include a response to the motion to dismiss on the merits.

Failure to file a response to this order by Monday, December 2, 2019, will automatically result in a dismissal without prejudice based on a failure to prosecute. The hearing on Defendants' motion to dismiss currently set for December 4, 2019 at 3:30 p.m. is **VACATED**.

**IT IS SO ORDERED**.

Dated: November 22, 2019

_____
EDWARD M. CHEN
United States District Judge