UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY SILVERIA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DENIS MCDONOUGH, Secretary of the Department of Veterans Affairs,<br><br>        Defendant - Appellee. | No. 20-17457<br><br>D.C. No. 3:19-cv-06600-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered January 20, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT

                      By: Rebecca Lopez
                      Deputy Clerk
                      Ninth Circuit Rule 27-7